UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RAYNA ORRICK,

    Plaintiff,

v.

BUC-EE'S FLORIDA, LLC,

    Defendant.

Case No. 3:25-cv-00824 WWB

(Formerly St. Johns County Circuit Court Case No. CA25-0787)

## STIPULATION TO REMAND

IT IS HEREBY STIPULATED and agreed by and between Plaintiff, Rayna Orrick and Defendant, Buc-ee's Florida, LLC, that the parties agree to the remand of this matter to St. Johns County Circuit Court. The parties further stipulate that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of this action pursuant to this stipulation.

Dated: August 11, 2025

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
200 East Broward Blvd., Suite 2000
Fort Lauderdale, Florida 33301
Telephone: (954) 768-1600
Facsimile: (954) 333-3930
*Counsels for Buc-ee's*

By: */s/ Jason Bloom*
Jason B. Bloom
Florida Bar No. 89772
jbloom@bakerdonelson.com
Samantha Forkel
Florida Bar No. 1039027
sforkel@bakerdonelson.com

By: */s/ Karl Forrest*
Karl Forrest, Esq.
Florida Bar No.: 50683

1

1608 East Commercial Boulevard
Fort Lauderdale, Florida 33334
Tel.: (954) 951-0000
Fax: (954) 951-1000
Primary E-Mail Service
Address: eservice13@flinjuryfirm.com
Secondary E-Mail Service
Address: records@flinjuryfirm.com
Tertiary E-Mail Service
Address karl@flinjuryfirm.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 11, 2025 , the foregoing was electronically filed with the Clerk of the Court using CM/ECF. The foregoing document is also being served via Electronic Mail to all counsel of record via Electronic Mail on the attached Service List

*/s/ Jason Bloom*